```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LENIN HERRERA,

                Petitioner,                          ORDER

           - against -                          18 Cr. 13 (NRB)
                                              19 Civ. 10637 (NRB)

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

In light of the order issued by the Second Circuit on October 20, 2020, transferring this petition back to the Court for consideration of Petitioner's ineffective assistance of counsel claim on its merits, it is hereby

ORDERED that Case No. 19-cv-10637 shall be reopened; and it is further

ORDERED that, in resolving Petitioner's ineffective assistance of counsel claims, the Court will consider the arguments advanced in Petitioner's submissions of May 28, 2020 (ECF No. 7) and October 27, 2020 (ECF No. 10); and it is further

ORDERED that Petitioner shall have until November 30, 2020 to submit any additional briefing in support of his petition.

**SO ORDERED.**

Dated:    New York, New York
          October 28, 2020

                                                NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copy to:

Lenin Herrera
Reg. No. 91202-054
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887