UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

        - against -                          ORDER

                                                  18 CR 13 (NRB)

LENIN HERRERA,

                       Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on February 18, 2025, a violation of surprised released hearing was held for Lenin Herrera, it is hereby

    **ORDERED** that supervised release is revoked and Mr. Herrera is remanded to the custody of the United States Marshal Service.

Dated:    New York, New York
            February 18, 2025

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE